IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>vs.<br>JOHNNY J. MAX,<br>　　　　　Defendant. | **4:22CB3001**<br>**CITATION 9626333**<br><br>**RESTRICTED ORDER** |

The Government's motion to continue is granted regarding the citation issued to the defendant on October 15, 2022. Accordingly,

IT IS ORDERED:

1) The defendant is ordered to appear for Initial Appearance at 8:30 a.m. on March 2, 2023 before the undersigned magistrate judge.

2) Defendant, defense counsel, and counsel for the government shall attend.

3) The defendant may appear by videoconference using Zoom, or by telephone by dialing **669-254-5252,** and when prompted, enter the meeting ID and password information below. There is no participant ID assigned.

   https://ned-uscourts.zoomgov.com/j/1611235203?pwd=dDF4eWYyL09lak95M0FjNXp4bElnZz09

   Meeting ID:  161 123 5203
   Participant Number: none assigned
   Password: 590159
   IP/H.323: 161.199.138.10
   SIP:  161 123 5203 @sip.com

4) If defendant chooses to pay the violation in full in lieu of an appearance, he/she may do so by contacting the Central Violations Bureau at 1-800-827-2982 for the current balance and payment instructions. Payment information may also be found on their website at www.cvb@uscourts.gov.

January 4, 2023.

BY THE COURT:
s/Cheryl R. Zwart
United States Magistrate Judge